# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Ronald Hugh Hutton, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:16-cv-00245-MR-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| U.S. Department of Veterans Affairs, | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 12, 2017 Order.

May 16, 2017

_Frank G. Johns_

Frank G. Johns, Clerk
United States District Court